```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J.K., et al.                   :        CIVIL ACTION
                               :
     v.                        :
                               :
THE COUNCIL ROCK               :
SCHOOL DISTRICT                :        NO. 11-942
```

ORDER

AND NOW, this 14th day of December, 2011, upon consideration of plaintiffs J.K., M.K., and F.K.'s complaint (docket entry # 1), defendant Council Rock School District's answer (docket entry # 4), plaintiffs' motion for judgment on the administrative record (docket entry # 11) and brief in support thereof (docket entry # 12), defendant's response in opposition thereto (docket entry # 13), and plaintiffs' reply in support of their motion (docket entry # 14), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

   1.   Plaintiffs' motion for judgment on the administrative record (docket entry # 11) is DENIED; and

   2.   By December 22, 2011, plaintiffs shall SHOW CAUSE why this Court should not dismiss their claims and close this

case, with leave granted to defendant to advise us of its views on this subject by the same date.

BY THE COURT:

\_\_\s\Stewart Dalzell